```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>BUNNY LEROY FALLIS,<br><br>        Defendant. | NO. CR. S-10-285-FCD |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>TRACI MARIE LINZMEIER,<br><br>        Defendant. | NO. CR. S-10-322-EJG<br><br>MOTION AND STIPULATION<br>TO RELATE CASES;<br>**ORDER** |

Pursuant to this Court's Local Rule 123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

On July 21, 2010, an Indictment was filed initiating case number CR. S-10-285-FCD against BUNNY LEROY FALLIS.  This matter was assigned to the Hon. Frank C. Damrell Jr.  The Indictment charges FALLIS with possession of stolen US Mail (18 U.S.C. 1708),

1

and unlawful possession of 5 or more i.d. documents of others (18 U.S.C. 1028(a)(3)).  FALLIS is charged in connection with a investigation into schemes to steal mail, use contents of mail to obtain cash and credit, manufacture checks with account numbers of others, and commit wire and bank fraud.  FALLIS and other participants in the schemes possessed stolen identification and account number information from the U.S. Mail.

On August 6, 2010, an Information was filed initiating case no. CR. S-10-322-EJG against TRACI MARIE LINZMEIER.  This Information was replaced with a Superseding Information (filed August 13, 2010).  LINZMEIER is charged in connection with a scheme to steal mail, use contents of mail to obtain cash and credit, and commit wire fraud.  LINZMEIER and other participants in the scheme are alleged to have possessed stolen identification and account number information from the U.S. Mail.  The investigation in the two cases (FALLIS in 10-285-FCD and LINZMEIER in 10-322-EJG) reveals that LINZMEIER'S criminal activity is linked to FALLIS' criminal activity, each is an associate of the other, and the two defendants possessed stolen U.S. Mail from the same victims.

The United States submits that the case against LINZMEIER, CR. 10-322-EJG, should be related before Judge Damrell with the EARLIER charged case against FALLIS, CR. 10-285-FCD.  In each case there are the same victims (financial institutions and U.S. Mail senders/recipients), similar witnesses, associated defendants, and factual background.  Further, the charges against each defendant stem from and relate to the same investigation conduct.

Defense counsel for LINZMEIER, Assistant Federal Defender Jeffrey Staniels, stipulates and agrees that the matter against

LINZMEIER is properly related to the matter against FALLIS.

Accordingly, the United States submits that in each case, there are related evidence issues, sentencing issues and similar witness concerns. Significantly, relation of the case concerning LINZMEIER with the case already before the previously assigned judicial officer (Judge Damrell) would help victims, law enforcement, and witnesses deal with prosecutive and judicial burdens. In addition, relating the LINZMEIER matter with the EARLIER case (against FALLIS) would be efficient for the U.S. Probation Office.

Dated: 8/13/2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. S-10-322-EJG, and the EARLIER criminal action in CR. S-10-285-FCD reveals that the actions are related within the meaning of Local Rule 123. The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned

to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the action denominated CR. S-10-322-EJG is reassigned to Judge Damrell, for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as **CR. S-10-322 FCD**.

   IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: August 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE