BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>     v.                           )<br>                                   )<br>BUNNY LEROY FALLIS,                )<br>                                   )<br>          Defendant.              )<br>_____) | NO.  2:10-cr-00285-KJM<br><br>STIPULATION RE RESTITUTION<br>AND ORDER |

   HEREBY, plaintiff United States of America and defendant Fallis, via his counsel, Christopher Cosca, stipulate and agree as follows: (1) defendant Fallis' restitution obligation (of $133.89) as to victim Swiss Colony, Inc. shall be ordered joint & several with defendant Traci Marie Linzmeier in CR. 10-322-KJM and (2) the "Judgement" in CR. 10-285-KJM shall properly reflect such obligation.

   HEREBY FURTHER, the undersigned counsel for the United States certifies she has been informed -- by the assigned U.S. Probation Officer (Thomas H. Brown), -- that the United States Probation

1

1  Office is in agreement with such joint and several liability for
2  the loss to victim Swiss Colony, Inc.
3
4  DATED:  6/20/11                    BENJAMIN WAGNER
                                      United States Attorney
5                                     By:
                                      /S/ Michelle Rodriguez
6                                     _____
                                      MICHELLE RODRIGUEZ
7                                     Assistant U.S. Attorney

8  DATED:  6/20/11
9
                                      By:
10                                    /S/ Chris Cosca
                                      _____
11                                    CHRISTOPHER COSCA
                                      Counsel for defendant FALLIS
12
13
14                        *      *      *
15     IT IS SO ORDERED.
16 DATED:  June 21, 2011.
17                                    _____
18                                    UNITED STATES DISTRICT JUDGE

2